## ATTACHMENT B
## AFFIDAVIT OF FEDERAL BUREAU OF INVESTIGATIONS TASK FORCE OFFICER KELLY G. PATTON IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Kelly G. Patton, Task Force Officer with the Federal Bureau of Investigation, being duly sworn, do hereby depose and state:

### INTRODUCTION

1.      I am employed as a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"). I have been employed as a TFO since May of 2025. I am currently assigned to the FBI Kansas City Division, Springfield Resident Agency's Violent Crime Task Force ("VCTF"). As a FTO of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I have also been employed with the Springfield, Missouri, Police Department ("SPD") for 25 years and am currently assigned to the Criminal Investigations Sections as a detective. I have participated in a wide variety of criminal investigations, including weapons offenses, violent criminal offenses, homicides, drug and gang crimes, white collar crimes, and other non-violent crimes. Additionally, I have participated in the preparation and/or execution of many searches and arrests.

2.      This affidavit is made in support of my request for a criminal complaint and arrest warrant for Bretten C. Holstine ("HOLSTINE"), for the crime of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

3.      The information contained in this affidavit is based on my participation in this investigation or is information that has been communicated to me by other law enforcement investigators or witnesses involved in this investigation.

4.      Based on this information, I ask the Court to find that there is probable cause to believe that on June 10th, 2026, HOLSTINE committed the crime of being a felon in possession of a firearm, in Springfield, Greene County, Missouri, which is within the Western District of Missouri.

## STATUTORY AUTHORITY

5.      Title 18 U.S.C § 922(g)(1) prohibits any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, from possessing, in or affecting commerce, any firearm or ammunition; or from receiving any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## PROBABLE CAUSE

6.      On June 10, 2026, at approximately 11:21 p.m., SPD Officer Bork, was driving through the parking lot of a convenience store located at 1700 E. Valley Water Mill, Springfield, Greene County, which is located within the Western District of Missouri.

7.      Officer Bork observed a silver Nissan Altima displaying Missouri license plate VL7L8J parked in front of the store. Officer Bork checked the license plate and determined the vehicle's owner to be HOLSTINE. A check through police resources indicated HOLSTINE had an active warrant for his arrest.

8.      Officer Bork checked inside the store and located a male he believed was HOLSTINE. The male was detained and his identity was confirmed as being HOLSTINE.

9.      While waiting for HOLSTINE's warrant to be confirmed, SPD Officer Console spoke with HOLSTINE. HOLTSTINE spoke about how he was on parole for burglary related crimes. HOLSTIEN also confirmed the silver Nissan Altima was his and he had driven it to the store.

Case 6:26-mj-02051-DPR     Document 1-2     Filed 06/11/26     Page 2 of 4

10. Officer Console then asked for consent to search the Nissan Altima for illegal contraband before the vehicle was released to a friend at HOLSTINE's request. After asking for consent to search the vehicle, HOLSTINE indicated he had a firearm located in the trunk of the vehicle.

11. A search of the Nissan Altima was conducted, which resulted in officers locating a Mauser bolt action rifle (serial number S5751) along with ammunition in the trunk of the vehicle.

12. A records check revealed that HOLSTINE had prior convictions for felony resisting or interfering with arrest and domestic assault in the second degree, out of Greene County, Missouri, both of which are crimes punishable by terms of imprisonment exceeding one year. HOLSTINE served terms of imprisonment in the Missouri Department of Corrections and would have known of his convictions.

13. I provided photographs of the Mauser bolt action rifle to Alcohol, Tobacco, and Firearms Special Agent Brian Fox who indicated, if the firearm was found in the state of Missouri, it would have affected or traveled through interstate or foreign commerce.

*[Continued on next page.]*

Case 6:26-mj-02051-DPR    Document 1-2    Filed 06/11/26    Page 3 of 4

## CONCLUSION

14.     As documented in this affidavit, I ask this Court to find that there is probable cause to believe that on June 11, 2026, Bretten C. HOLSTINE, committed the crime of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

I swear/affirm that the above information is true and correct to the best of my knowledge and belief.

KELLY G. PATTON.
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone or other reliable electronic means on 11th day of June, 2026.

HONORABLE WILLIE J. EPPS, JR.
Chief United States Magistrate Judge
Western District of Missouri